UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No.: 8:16-bk-01371-MGW
Chapter 7

Mark Hames Heminover
Wendy Nicole Heminover

Debtor.

MOTION TO SELL REAL PROPERTY AND PAY SECURED CREDITORS
(13209 Evening Sunset Lane, Riverview, Florida 33579)

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW Beth Ann Scharrer, Chapter 7 Trustee, by and through her undersigned counsel, and hereby moves for authority to sell certain improved real property, to pay secured creditors, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).
2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.
3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On February 22, 2016, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the “Petition Date”).
5. Beth Ann Scharrer was appointed Chapter 7 trustee (the “Trustee”).
6. The Debtor owns real property, by virtue of a deed, located at 13209 Evening Sunset Lane, Riverview, Florida 33579, more particularly known as:

Lot 5, Block 1, South Cove Phase 1, according to the plat thereof recorded in Plat Book 96, Pages 67-1 through 67-6, inclusive, in the Public Records of Hillsborough County, Florida (the “Property”).

7. The Trustee completed a title search and found that the Property is encumbered by a mortgage lien. By priority, but not including any outstanding property taxes or municipal liens, the Property is encumbered as follows:
   a. a first mortgage from Mark J. Heminover and Wendy Heminover, husband and wife to Wells Fargo Bank recorded March 9, 2007 in O.R. Book 17552, Page 636 , Public Records of Hillsborough County, Florida. (the “Secured Creditor” or “Wells Fargo”);

b. a Claim of Lien in favor of South Cove at Summerfield Homeowners Association, Inc. recorded August 16, 2016 at O.R. Book 24311, Page 477, Public Records of Hillsborough County, Florida;

c. a Lis Pendens recorded in O.R. Book 24524, Page 1236 in that certain Case No. 16-CA-10432 in the Circuit Court of Hillsborough County, Florida. This Lis Pendens was filed by Wells Fargo in the process of foreclosing its interest in the Property; and

d. a Lis Pendens recorded in O.R. Book 24545, Page 1359 in that certain Case No. 16-CC-37582 in the Circuit Court of Hillsborough County, Florida. This Lis Pendens was filed by South Cove at Summerfield Homeowners Association in the process of foreclosing its interest in the Property.

8. The Trustee has accepted an offer from Jennifer Story, (the "Buyer") to purchase the Property in the amount of $ 188,000.00, as payment in full (subject to Court and lienholder approval). The current offer was not the only offer on the Property but is the highest offer. Moreover, the estate believes it is a fair offer for the current economy and the length the property has remained on the market.

9. Any current real property taxes will be paid prorated.

10. The sale price of $ 188,000.00, net the closing costs will be enough to satisfy the above referenced mortgage, as agreed to by Wells Fargo and South Cove at Summerfield Homeowners Association, that encumbers the property and net the estate at least $3,000.00 (an escrowed surplus or other surplus amounts shall be turned over to the bankruptcy estate). If the affected lienholder no longer consents to their proposed

treatment they are hereby on notice that they need to object to the proposed sale of the Property.

11. The Trustee has attached a "DRAFT" Settlement Statement that outlines the proposed distribution of the sale proceeds at closing, as Exhibit "A."

## AUTHORITY TO SELL

12. Pursuant to § 363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business.

## CONCLUSION

13. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the secured creditors. The Buyer has agreed, subject to Court approval, to pay to the Trustee the sum of $ 188,000.00 in exchange for the Property.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto:

A. Authorizing the sale of the Property and,

B. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor or any other party claiming an interest in the Property to the Purchaser;

C. Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets (b) any outstanding Home Owner's Association fee or assessment arrearages; and (c) other anticipated closing costs:

| | |
|---|---|
| Total Sales/Brokers Commission: | |
| 6% to Century 21 Beggins | $11,280.00* |
| * To be shared with cooperating buyer's agent | |
| | |
| Title Charges: | $ 2,102.50 |
| Government recording / transfer charges: | $ 1,316.00 |
| Other / Debits | $ 70.00 |
| (*incl. lien search fees*) | |
| Satisfaction of Liens: | |
| Wells Fargo (home mortgage) | $ 169,944.96 |
| Home Owners Association Dues and Estoppel Letter | $ 2,270.00 |

The above anticipated closing costs and taxes are subject to per diem charges, changes in prorations, and otherwise represent approximate amounts. The Trustee seeks authority to pay these amounts, or their reasonable equivalent amounts, to the respective payees depending on the subjective per diem alteration.

D. Determining that the Buyer has not assumed any liabilities of the Debtors, and

E. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.
Leavengood, Dauval, Boyle & Meyer, P.A.
3900 1st Street North, Suite 100
Saint Petersburg, FL 33703
727-327-3328 x303

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by U.S. Mail and/or electronic delivery to:
Lien Holders: Wells Fargo Bank, N.A c/o Alice Blanco, Esq., ablanco@aldridgepite.com and Wanda Murray, Esq., wmurray@aldridgepite.com
South Cove at Summerfield Homeowners Association, c/o Eric Dickey, Registered Agent, 410 S. Ware, Blvd., Suite 606, Tampa, FL 33619
Debtor, Mark James Heminover and Wendy Nicole Heminover, 6135 Whimbrelwood Drive, Lithia, FL 33547
Debtor's Counsel, Christie D Arkovich, Esq., cdalaw@tampabay.rr.com
Chapter 7 Trustee, Beth Ann Scharrer, bscharrertrustee@gmail.com
United States Trustee, ustp.region21.ecf@usdoj.gov

and all parties of interest on this May 15, 2017.

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.

**American Land Title Association** ALTA Settlement Statement - Combined

Adopted 05-01-2015

FileNo./Escrow No.: 17-029
Print Date & Time: 5/2/2017 @ 3:29 PM
Officer/Escrow Officer: Marlene Benner
Settlement Location:
605 E. Robinson Street #720
Orlando, Florida 32801

**Prominence Title & Escrow, LLC**

**605 E. Robinson Street #720**
**Orlando, Florida 32801**

Property Address: 13209 Evening Sunset Lane, Riverview, Florida 33579
Buyer: Jennifer Story
Seller: Beth Ann Scharrer, as Bankruptcy Trustee for Mark James Heminover and Wendy Nicole Heminover, Debtor(s), appointed in Case No. 8:16-bk-01371-MGW, U.S. Bankruptcy Court, Middle District of Florida (Tampa)
Lender: TO BE DETERMINED

Settlement Date: 6/1/2017
Disbursement Date: 6/1/2017
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $188,000.00 | Sales Price of Property | $188,000.00 | |
| | | Deposit including earnest money | | $1,800.00 |
| | | Loan Amount | | $179,490.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $195.42 | Non-Ad Valorem from 6/1/2017 to 9/30/2017 | $195.42 | |
| $1,211.96 | | County Taxes from 1/1/2017 to 5/31/2017 | | $1,211.96 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Endorsement 5.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement 8.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement FL Form 9 to Prominence Title & Escrow, LLC | $126.50 | |
| | | Title - Lender's Coverage Premium to Prominence Title & Escrow, LLC | $972.50 | |
| $1,750.00 | | Title - Settlement Fee to Prominence Title & Escrow, LLC | $600.00 | |
| $60.00 | | Title - Title Search Fee to Old Republic National Title Insurance Company | | |
| $292.50 | | Title - Owner's Coverage Premium to Prominence Title & Escrow, LLC | | |
| | | | | |
| | | **Commission** | | |
| $3,760.00 | | Real Estate Commission (Buyer) to Premium Properties Real Estate Servicee | | |
| $7,520.00 | | Real Estate Commission (Seller) to C-21 Beggins Realty Enterprises | | |
| | | | | |

Copyright 2015 American Land Title Association.
All rights reserved.

**American Land Title Association** ALTA Settlement Statement - Combined
Adopted 05-01-2015

| | | | | |
|---|---|---|---|---|
| | | **Government Recording & Transfer Charges** | | |
| | | Recording Fees to Simplifile | $215.50 | |
| | | Record Court Order to Sell to Simplifile | $57.00 | |
| $1,316.00 | | Transfer Taxes - Deed State to Simplifile | | |
| | | Transfer Taxes - Intangible Tax to Simplifile | $358.98 | |
| | | Transfer Taxes - Mortgage State to Simplifile | $628.25 | |
| | | | | |
| | | **Payoff(s)** | | |
| $169,944.96 | | Lender: TBD | | |
| | | Principal Balance ($169,944.96) | | |
| | | Interest on Payoff Loan () | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2016 Real Property Taxes PAID 11/17/16 to Hillsborough County Tax Collector (POC by Seller: $3,514.23) | | |
| | | Bankruptcy Estate Fee to Beth Ann Scharrer, as Bankruptcy Trustee for Mark James Heminover and Wendy Nico | $3,000.00 | |
| | | E-Recording Fee to Simplifile | $14.50 | |
| $800.00 | | HOA Estoppel Fee to Elite Property Research | | |
| $70.00 | | Lien Search Fee to Elite Property Research | | |
| $894.00 | | PAST DUE HOA Association 1 to Dickey Law Firm | | |
| $576.00 | | PAST DUE HOA Association 2 to Dickey Law Firm | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $188,195.42 | $188,195.42 | **Subtotals** | $194,238.65 | $182,501.96 |
| | | Due From Borrower | $11,736.69 | |
| | | Due From Seller | | |

Copyright 2015 American Land Title Association.
All rights reserved.

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Prominence Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower: ______________________________
Jennifer Story

Seller: ______________________________
Beth Ann Scharrer, as Bankruptcy Trustee for Mark James Heminover and Wendy Nicole Heminover, Debtor(s), appointed in Ca

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

______________________________
Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.